UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

    Plaintiff,

v.                                    CASE NO. 8:15-cv-2740-T-23MAP

JAMES S. GIARDINA, et al.,

    Defendants.
_____/

**ORDER**

On November 24, 2015, Timothy E. Robinson sued (Doc. 1) James S. Giardina, Kimberly Wochholz, and John R. Sharp, Jr. At the time of filing, Rule 4(m), Federal Rules of Civil Procedure, allowed a plaintiff 120[*] days after filing the complaint to serve a defendant. The time to serve the defendants expired on March 23, 2016, and no proof of service appears on the docket. Under the previous Rule 4(m):

> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

---

[*] Rule 4(m), Federal Rules of Civil Procedure, was amended on December 1, 2015 to allow 90 days after filing the complaint to serve a defendant.

Further, under Rule 6(b)(1)(B), "[w]hen an act . . . must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect."

No later than **APRIL 7, 2016**, Robinson may move for an extension of time to serve the defendants. Under Rule 4, the motion must "show[] good cause for the failure" to serve and must account for all 120 days. Also, under Rule 6(b)(1)(B), the motion must show at least excusable neglect for Robinson's failure to request an extension before the expiration of the 120 days and for the Robinson's continuing failure to request an extension. An affidavit or other verified paper must support each factual allegation; the order granting or denying the motion will disregard any unsworn factual allegation. If Robinson fails to show good cause or fails to demonstrate excusable neglect, an order will dismiss the claims against all defendants.

ORDERED in Tampa, Florida, on March 24, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE