UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

    Plaintiff,

v.                                           CASE NO. 8:15-cv-2740-T-23MAP

JAMES S. GIARDINA, et al.,

    Defendants.
_____/

## **ORDER**

    A March 24, 2016 order (Doc. 7) states:

> No later than **APRIL 7, 2016**, Robinson may move for an extension of time to serve the defendants. Under Rule 4, the motion must "show[] good cause for the failure" to serve and must account for all 120 days. Also, under Rule 6(b)(1)(B), the motion must show at least excusable neglect for Robinson's failure to request an extension before the expiration of the 120 days and for Robinson's continuing failure to request an extension. . . . If Robinson fails to show good cause or fails to demonstrate excusable neglect, an order will dismiss the claims against all defendants.

Robinson fails to move for an extension of time. Accordingly, this action is

**DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any

pending motion and to close the case.

    ORDERED in Tampa, Florida, on April 8, 2016.

                                                STEVEN D. MERRYDAY
                                                UNITED STATES DISTRICT JUDGE