UNITED STATES MIDDLE DISTRICT COURT
OF FLORIDA TAMPA DIVISION

FILED

2016 APR 22  PM 2:15

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

Civil Action No. 8:15-cv-2740-T23-MAP

The attached items contain proof of service, copies of Certified Mail receipt, US Postal Service confirmation of delivery with corresponding Tracking Numbers, including the dates and time.

Timothy E. Robinson  *Pro Se'*
3290 Genesee St. #204
Cheektowaga, NY 14225

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida  ▼

| | |
|---|---|
| Timothy E. Robinson <br><br> *Plaintiff(s)* <br> v. <br> James S. Giardina <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:15-cv-2740-T-23-MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James S. Giardina
5811 Idle Forest Pl
Tampa, FL 33614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Timothy E. Robinson
3290 Genesee St. #204
Cheektowaga, NY 14225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Giardina
was received by me on *(date)* 03/25/2016 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Olivia Nichols , who is designated by law to accept service of process on behalf of *(name of organization)* James S. Giardina
at 3:22pm on *(date)* 03/18/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ 6.50 for services, for a total of $ 6.50 .

I declare under penalty of perjury that this information is true.

Date: 04/04/2016

*Server's signature*

Timothy E. Robinson
*Printed name and title*

3290 Genesee St. #204
Cheektowaga, NY 14225

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Olivia Nichols | C. Date of Delivery |
| 1. Article Addressed to:<br><br>James Giardina<br>3164 W. Waters Ave #300<br>Tampa, FL 33614 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0774 5215 2550 73 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0001 3773 2914 | | |

PS Form 3811, April 2015 PSN 7530-02-000-9053     Domestic Return Receipt

English    Customer Service    USPS Mobile                                             Register / Sign In



# USPS Tracking®





Tracking Number: 70150640000137732914

Expected Delivery Day: Friday, March 18, 2016

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™   Return Receipt

See tracking for related item: 9590940307745215255073

## Available Actions

Text Updates

Email Updates

| Date | Status | Location |
|---|---|---|
| March 17, 2016, 3:22 pm | Delivered | TAMPA, FL 33614 |
| March 16, 2016, 10:36 pm | Departed USPS Facility | TAMPA, FL 33630 |
| March 16, 2016, 1:20 pm | Arrived at USPS Destination Facility | TAMPA, FL 33630 |
| March 14, 2016, 11:58 pm | Departed USPS Facility | BUFFALO, NY 14240 |
| March 14, 2016, 9:57 pm | Arrived at USPS Origin Facility | BUFFALO, NY 14240 |
| March 14, 2016, 6:55 pm | Departed Post Office | BUFFALO, NY 14241 |
| March 14, 2016, 6:16 pm | Acceptance | BUFFALO, NY 14241 |

## Track Another Package

Tracking (or receipt) number

_____    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

