FILED

UNITED STATES MIDDLE DISTRICT COURT
OF FLORIDA TAMPA DIVISION

2016 APR 22 PM 2: 15

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

Civil Action No. 8:15-cv-2740-T23-MAP

The attached items contain proof of service, copies of Certified Mail receipt, US Postal
Service confirmation of delivery with corresponding Tracking Numbers, including the
dates and time.

Timothy E. Robinson  *Pro Se'*
3290 Genesee St. #204
Cheektowaga, NY 14225

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Middle District of Florida ▾

| | | |
|---|---|---|
| TIMOTHY E. ROBINSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:15-cv-2740-T-23MAP |
| JAMES S. GIARDINA , et al., | ) | |
| KIMBERLY WOCHHOLZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMES S. GIARDINA
3104 W. WATERS AVE #200
Tampa, FL 33614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                               _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kimberly Wochholz

was received by me on *(date)*          03/28/2016                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Olivia Nichols                              , who is

designated by law to accept service of process on behalf of *(name of organization)*   Kimberly Wochholz

at 12:21                                   on *(date)*      03/18/2016        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ ____6.50____ for services, for a total of $ ____6.50____ .

I declare under penalty of perjury that this information is true.

Date:      04/04/2016

_____
Server's signature

Timothy E. Robinson
*Printed name and title*

3290 Genesee St. #204
Cheektowaga, NY14225

_____
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- ▪ Complete items 1, 2, and 3.
- ▪ Print your name and address on the reverse so that we can return the card to you.
- ▪ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kimberly Wochholz
3104 W. Waters Ave #3cc
Tampa FL 33614

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 1479 5329 9580 02

2. Article Number (Transfer from service label)

7015 0640 0001 3773 2884

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Olivia Nichols     ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

Olivia Nichols        3-11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

English          Customer Service          USPS Mobile                                    Register / Sign In



# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: 70150640000137732884

Expected Delivery Day: **Friday, March 18, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™          Return Receipt

See tracking for related item: 9590940214795329958002

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 18, 2016 , 12:21 pm | Delivered | TAMPA, FL 33614 |

Your item was delivered at 12:21 pm on March 18, 20.. in TAMPA, FL 33614

| March 18, 2016 , 1:27 am | Departed USPS Destination Facility | TAMPA, FL 33630 |
| March 17, 2016 , 1:46 am | Arrived at USPS Destination Facility | TAMPA, FL 33630 |
| March 14, 2016 , 11:58 pm | Departed USPS Facility | BUFFALO, NY 14240 |
| March 14, 2016 , 9:57 pm | Arrived at USPS Origin Facility | BUFFALO, NY 14240 |
| March 14, 2016 , 6:55 pm | Departed Post Office | BUFFALO, NY 14241 |
| March 14, 2016 , 6:16 pm | Acceptance | BUFFALO, NY 14241 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

