UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

                Plaintiff

                                                  8:15-cv-2740-SDM-MAP

vs.

JAMES S.GIARDINA
KIMBERLY WOCHHOLZ,

                Defendants,

_____/

PLAINTIFF'S MOTION TO EXTEND
TIME TO FILE AMENDED COMPLAINT

Now Come s, PLAINTIFF, TIMOTHY E. ROBINSON, respectfully request that to be granted an extension of time for the Amended Complaint stated as follows:

1. On May 3, 2016 this Court issued an ORDER re-open this action against DEFENDANTS GIARDINA AND WOCHHOLZ.

2. The ORDER instructed PLAINTIFF to terminate SHARP from any claim, Amend the Complaint to comply with Local Rule 1:05(a), recommended PLAINTIFF seek legal assistance and the ORDER also contained a deadline of May 24, 2016.

3. PLAINTIFF has consulted with several Attorneys of the Florida Bar, and has explained the ORDER from the Court regarding the May 24, 2016 deadline. Please be advised, the lengthy process, which includes, but is not limited to: phone consultations, sending copies of the Original case when PLAINTIFF was

a DEFENDANT, and of course sending the above-referenced Complaint, and then waiting for a reply and/or decision from a prospective Attorney with a pending deadline has put the PLAINTIFF at a distinct disadvantage.

4. PLAINTIFF asks the Court to be mindful the professional demands of litigation, work load, and the Law Practice of the prospective Attorneys in general, make it impossible to complete and timely file the Amended Complaint. Therefore, it is necessary to request an extension of time.

5. PLAINTIFF has conferred with DEFENDANT GIARDINA, and regrettably the conversation was contentious, and unproductive.

6. This motion is timely made in good faith for purposes of necessity only in order to obtain additional time to complete and file the Amended Complaint, and not for purposes of delay.

Wherefore, PLAINTIFF respectfully requests this Court enter an ORDER extending the time for PLAINTIFF to file an Amended Complaint by 21 days from May 27, 2016.

Respectfully submitted,

Timothy E. Robinson
Pro Se' Filing

I CERTIFY that on May 20, 2016, I have prepared this motion with the Clerk of the Court. I also CERTIFY that I have mailed the foregoing document filing via U.S mail to: James Giardina, et al.,

James Giardina
3104 W. Waters Ave. #200
Tampa, FL 33614

Dated   May 20, 2016

Case: 8:15-cv-02740-SDM-MAP

Timothy E. Robinson
3290 Genesee St
#204
Cheektowaga, NY 14225

------------------------------------------------------------

Case: 8:15-cv-02740-SDM-MAP

