UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

    Plaintiff,

v.                                               CASE NO. 8:15-cv-2740-T-23MAP

JAMES S. GIARDINA, et al.,

    Defendants.

_____/

## **ORDER**

The *pro se* plaintiff, Timothy E. Robinson, moves (Doc. 13) for an extension of "time for [Robinson] to file an Amended Complaint by 21 days from May 27, 2016." Robinson states that he "has consulted with several Attorneys of the Florida Bar" and that he is unable "to complete and timely file the Amended Complaint." (Doc. 13 at 1, 2) The motion (Doc. 13) is **GRANTED**, and no later than **JUNE 17, 2016**, Robinson must amend the complaint. Also, a review of the docket confirms that Robinson has failed to pay the $400 filing fee. No later than **JUNE 13, 2016**, Robinson must either move to proceed *in forma pauperis*[*] or pay the filing fee. Failure to comply with this order or with the May 3, 2016 order (Doc. 12) will result in dismissal without further notice.

---

[*] The application to proceed *in forma pauperis* is located at www.flmd.uscourts.gov/pro_se/docs/pro-seForms.htm. If the plaintiff has no access to the internet to download the application, the plaintiff may contact the clerk at 813-301-5400.

Yet again, Robinson is warned that litigation in federal court requires compliance with the Federal Rules of Civil Procedure and with the Local Rules. Despite instruction, Robinson continues to disregard Local Rule 1.05(a). (Doc. 12 at 2) The court cannot assist a party, even a *pro se* party, in conducting a case.

ORDERED in Tampa, Florida, on May 31, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE