3290 Genesee St #204
Cheektowaga, NY 14225

S. Loesch (Clerk)
801 North Florida Ave.
Tampa, FL 33602



1000
33602



U.S. POSTAGE
PAID
BUFFALO, NY
14241
JUL 13 16
AMOUNT
$1.57
R2304E107102-8

