AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:15-CV-02740-SDM-NAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Consumer Rights Law Group PLLC
was received by me on *(date)* 07/25/2016 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Olivia Nichols , who is designated by law to accept service of process on behalf of *(name of organization)* Consumer Rights Lag Group PLLC AT 12:31PM EST on *(date)* 07/18/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 8.50 for travel and $ _____ for services, for a total of $ 8.50 .

I declare under penalty of perjury that this information is true.

Date: 07/25/2016

*Server's signature*

Timothy Robinson Pro Se Litigant
*Printed name and title*

3290 Genesee St. #204
Cheektowaga, NY 14225

*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Olivia Nichols  C. Date of Delivery |
| 1. Article Addressed to:<br>James S. Giardina CRLG<br>3104 W. Waters Ave 2xx<br>Tampa FL 33614<br><br>9590 9402 1464 5329 1215 58 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 1730 0001 7144 2854 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

