UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

    Plaintiff,

v.                                    CASE NO.: 8:15-cv-2740-T-23MAP

JAMES S. GIARDINA, et al.,

    Defendants.
_____/

**ORDER**

A report (Doc. 19) recommends denying Timothy Robinson's motion (Doc. 15) to proceed *in forma pauperis*. More than seventeen days has passed, and no party objects. The report and recommendation (Doc. 19) is **ADOPTED,** and the motion (Doc. 15) to proceed *in forma pauperis* is **DENIED**. Robinson must pay the filing fee no later than **NOVEMBER 7, 2016**, or an order will dismiss this action without further notice.

ORDERED in Tampa, Florida, on September 7, 2016.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE