UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

    Plaintiff,

v.                                  CASE NO. 8:15-cv-2740-T-23MAP

JAMES S. GIARDINA, et al.,

    Defendants.
_____/

## **ORDER**

    Rule 4(e), Federal Rules of Civil Procedure, states that:

> Unless federal law provides otherwise, an individual . . . may be served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or (2) doing any of the following: (A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

    Section 48.031(1)(a), Florida Statutes, states that "[s]ervice of original process is made by delivering a copy of it to the person to be served with a copy of the complaint . . . by leaving the copies at his or her usual place of abode with any person

residing therein who is 15 years of age or older and informing the person of their contents."[*]

By mailing (Docs. 10, 11, 18) a summons to each defendant, Robinson failed to serve Giardina, Wochholz, and the Consumer Rights Law Group PLLC in accord with federal and Florida law.  No later than **DECEMBER 8, 2016**, Robinson must serve the defendants in accord with Rule 4.  A failure to comply with this order will result in dismissal without further notice.

ORDERED in Tampa, Florida, on November 14, 2016.

                                STEVEN D. MERRYDAY
                                UNITED STATES DISTRICT JUDGE

---

[*] The plaintiff's notice is drawn to Sections 48.021 and 48.062, Florida Statutes, governing who may serve process and service on a limited liability company. Also, Rule 4(c)(1) states that the summons must be served together with a copy of the complaint.