UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY E. ROBINSON,

        PLAINTIFF,

vs.                                                CASE NO.8:15-cv-2740-T23MAP

CONSUMER RIGHTS LAW GROUP PLLC

JAMES S. GIARDINA et al ,.

        DEFENDANTS,
_____/

## MOTION FOR RELIEF FROM AN ORDER AND

## MOTION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS

Plaintiff, TIMOTHY E. ROBINSON, an individual hereinafter Plaintiff, pursuant to Florida Rules of Civil Procedure Rule 60(b)(6) and RULE 1.090(b), hereby files this Motion For Relief from ORDER and Enlargement of Time to Serve Defendants and as grounds states:

1. The Case was filed November 24, 2015

2. Since the filing of the Complaint, on July 25, 2016 Plaintiff Amended the Complaint and complied with RULE 1.070 PROCESS (see attachment) Defendants, James S. Giardina et, al and The Consumer Rights Law Group PLLC.

3. PLAINTIFF is seeking relief from The Court ORDER imposed November 14, 2016 Pursuant to 48.062 Service on a limited liability company-(1) Process against a limited

liability company, domestic or foreign, may be served on the registered agent designated by the limited liability company under chapter 605. A person attempting to serve process pursuant to this subsection may serve the process on any employee of the registered agent during the first attempt at service even if the registered agent is a natural person and is temporarily absent from his or her office.

3. PLAINTIFF has exhibited reasonable diligence with respect to service of process on DEFENDANTS, furthermore Plaintiff provided with Proof of Service to The Court over 120 days ago, neither The Court nor the Defendants raised any objections.

4. This is a blatant miscarriage of Justice, additionally Section 48.031(1)(a) does not mandate the method with respect service of process.

5. Plaintiff respectfully request The Court to Vacate the ORDER filed 11/14/2016.

6. If the Court is unwilling to Vacate or Set aside the aforementioned ORDER Plaintiff respectfully requests a 90-day extension of time to locate and serve the Defendants (*Evans v. Bellamy et, el, 2009*).

WHEREFORE, Plaintiff, respectfully requests this Court to enter an Order granting Plaintiff a 90-day extension of time to serve the Defendants. Date this the _6_ day of November 2016.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S.

Mail/hand delivery to:   James S .Giardina et, al
3104 W, Waters Ave #200
Tampa, FL 33614

Timothy Robinson

Florida Rules of Civil Procedure
**RULE 1.070 PROCESS**

**(a) Summons; Issuance.** Upon the commencement of the action, summons or other process authorized by law shall be issued forthwith by the clerk or judge under the clerk's or the judge's signature and the seal of the court and delivered for service without praecipe.

**(b) Service; By Whom Made.** Service of process may be made by an officer authorized by law to serve process, but the court may appoint any competent person not interested in the action to serve the process. When so appointed, the person serving process shall make proof of service by affidavit promptly and in any event within the time during which the person served must respond to the process. Failure to make proof of service shall not affect the validity of the service. When any process is returned not executed or returned improperly executed for any defendant, the party causing its issuance shall be entitled to such additional process against the unserved party as is required to effect service.

**(c) Service; Numerous Defendants.** If there is more than 1 defendant, the clerk or judge shall issue as many writs of process against the several defendants as may be directed by the plaintiff or the plaintiff's attorney.

**(d) Service by Publication.** Service of process by publication may be made as provided by statute.

**(e) Copies of Initial Pleading for Persons Served.** At the time of personal service of process a copy of the initial pleading shall be delivered to the party upon whom service is made. The date and hour of service shall be endorsed on the original process and all copies of it by the person making the service. The party seeking to effect personal service shall furnish the person making service with the necessary copies. When the service is made by publication, copies of the initial pleadings shall be furnished to the clerk and mailed by the clerk with the notice of action to all to all parties whose addresses are stated in the initial pleading or sworn statement.

**(f) Service of Orders.** If personal service of a court order is to be made, the original order shall be filed with the clerk, who shall certify or verify a copy of it without charge. The person making service shall use the certified copy instead of the original order in the same manner as original process in making service.

**(g) Fees; Service of Pleadings.** The statutory compensation for making service shall not be increased by the simultaneous delivery or mailing of the copy of the initial pleading in conformity with this rule.

**(h) Pleading Basis.** When service of process is to be made under statutes authorizing service on nonresidents of Florida, it is sufficient to plead the basis for service in the language of the statute without pleading the facts supporting service.

**(i) Service of Process by Mail.** A defendant may accept service of process by mail.

   (1) Acceptance of service of a complaint by mail does not thereby waive any objection to the venue or to the jurisdiction of the court over the person of the defendant.

   (2) A plaintiff may notify any defendant of the commencement of the action and request that the defendant waive service of a summons. The notice and request shall:

      (A) be in writing and be addressed directly to the defendant, if an individual, or to an officer or managing or general agent of the defendant or other agent authorized by appointment or law to receive service of process;

      (B) be dispatched by certified mail, return receipt requested;

      (C) be accompanied by a copy of the complaint and shall identify the court in which it has been filed;