UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY ROBINSON,

    Plaintiff,

v.                                                    CASE NO. 8:15-cv-2740-T-23MAP

CONSUMER RIGHTS LAW GROUP
PLLC, JAMES S. GIARDINA et al.,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

Finding that the Plaintiff failed to demonstrate good cause and that the circumstances mitigated against exercising this Court's discretion to extend the time for service effecting service of process, I entered an ordered today denying the Plaintiff's most recent motion to extend time to serve the Defendants (doc. 24). *See* Order (doc. 26). In light of this order, Fed.R.Civ.Pro 4(m) mandates dismissal of this action without prejudice.[1] *See White v. Americas Servicing Co.*, 461 Fed. Appx. 841 (11th Cir. 2012) (affirming district court's dismissal of defendant where *pro se* plaintiff failed to properly effect timely service of

---

[1] Rule 4(m) provides:
> If a defendant is not served within 90 days after the complaint is filed, the court– on motion or on its own after notice to the plaintiff– must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. ...

Since the filing of this case, the timing for effecting service of process was shortened from 120 days to 90 days. *See* Fed.R.Civ.P. 4(m), advisory committee's note to 2015.

process).

Accordingly, it is

RECOMMENDED:

1. That the Plaintiff's amended complaint (doc. 17) be dismissed without prejudice.

IT IS SO REPORTED at Tampa, Florida on February 15, 2017.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.